# UNITED STATES DISTRICT COURT
for the
_____ District of Arizona _____

| | |
|---|---|
| United States of America<br>v.<br><br>Tyler A. Townley<br>*Defendant* | )<br>)<br>) Case No.<br>)    10-231 M<br>)<br>) |

MH
5/6/10

## Reducted CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of   2/11/09 & 5/6/10   in the county of   Maricopa   in the   District of Arizona, the defendant violated   18   U. S. C. §   2252A(a)(2), 2252A(a)(5)(B) and 2256 , an offense described as follows:

See Attachment A

This criminal complaint is based on these facts:

See Attachment B

☑ Continued on the attached sheet.

_____BEK_____   5/7/10
AUSA     APPROVAL

*Rhonda R Williams*
*Complainant's signature*

SPECIAL AGENT RHONDA R. WILLIAMS, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   May 7, 2010

*Michelle Burns*
*Judge's signature*

City and state:   Phoenix, Arizona     HON. MICHELLE H. BURNS, U.S. MAGISTRATE JUDGE
*Printed name and title*

## ATTACHMENT A

### COUNT 1

Between on or about February 11, 2009 and on or about May 6, 2010, in the District of Arizona, Tyler A. Townley knowingly received child pornography, video file "polina3.avi," that had been mailed, shipped and transported in interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2) and 2256.

### COUNT 2

On or about May 6, 2010, in the District of Arizona, and elsewhere, Tyler A. Townley, knowingly possessed a book, magazine, periodical, film, videotape, computer disk or any other material (flash drive) that contained an image of child pornography, image file "099.BMP," that had been mailed, shipped and transported in interstate and foreign commerce by any means including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2256.

1

## Attachment B

## STATEMENT OF PROBABLE CAUSE

I, Rhonda R. Williams, state as follows:

1.  I am a Special Agent (SA) for the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE) and have been so employed since June 2008. My duties include investigating criminal violations of federal law, specifically crimes relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18 United States Code (U.S.C.) Sections 2252A(a)(2), 2252A(a)(5)(B) and 2256. The information contained in this statement of probable cause is based upon an investigation ICE agents have conducted and on information derived from reports and interviews of the law enforcement officers and witnesses named herein. This statement of probable cause does not list each and every fact known regarding the investigation.

2.  On November 5, 2008, the ICE Cyber Crimes Center (C3), Child Exploitation Section (CES) received information via an undercover email account that identified a website advertising access to child pornographic image and video files for a monthly fee. ICE agents purchased access to the member restricted

1

website at http://www.dreamzone.cc/portal utilizing an undercover identity and credit card. Inside this member restricted website were multiple galleries depicting prepubescent males and females involved in explicit sexual conduct.

3. On or about December 16, 2008, ICE C3/CES executed a federal search warrant for the member restricted website located at URL http://www.███████████. The evidence obtained from that URL, among other things, included web access logs and the entire content of the member restricted website. The web access logs track activity on the website and record all requests processed by the server that contains the website. Web access logs also record downloads and uploads to the server. ICE C3/CES reviewed the evidence received as a result of this search warrant. Using evidence seized as a result of this search warrant, ICE C3/CES was able to identify individuals who had accessed the site through IP addresses and email addresses that were contained within the web access logs. The web access logs from this website indicate when a specific customer accessed the website and the specific files he/she accessed and received or attempted to receive.

4. Information captured via the ICE C3/CES federal search warrant associated with web access logs dated February 11, 2009 indicate that an e-mail address of ███████████████ was connected to the Internet from the IP address ███████████. A review of the web access logs for ███████████ revealed

2

that a person using that email and IP address accessed the member restricted website and obtained numerous visual depictions of minors engaged in sexually explicit conduct. Administrative subpoenas issued by ICE agents for this email account and this IP address revealed they were registered to a Tyler A. Townley at an address of ███████████, ███████████, ███. On May 22, 2010, a review of the Arizona Motor Vehicle Division (MVD) database identified Tyler A. Townley as the registered owner of a ███████████ and living at the same physical address described above. Using the photograph on record with MVD, ICE Special Agents conducted surveillance at the address described above and on March 26, 2010, observed a white male matching Townley's description exit the building where ███████ is located and getting into a ███████████.

5. On May 6, 2010, ICE Special Agents executed a search warrant at Townley's residence. As part of this search warrant, a computer forensic agent conducted previews of a Sony laptop computer and a 512 MB Attaché flash drive found at Townley's residence. Numerous images and video files of children engaging in sexually explicit conduct were found. In addition to executing the search warrant, ICE agents interviewed Townley while they were at the residence. Townley was advised of and waived his rights against self-incrimination. Townley stated that he lived alone and admitted to owning computers and digital media at the residence. He admitted that he had used the laptop computer, a Sony

3

laptop computer Model PCG-8C3L, to receive image and video files of child pornography from the Internet. Townley also admitted to storing images of child pornography on a 512 MB Attaché flash drive. Townley admitted to storing images of child pornography on various flash drives but stated that he used his Mac Book laptop computer primarily to store adult pornography. Forensic previews were not conducted of the Mac Book laptop or the five other flash drives seized during the execution of the search warrant. Townley admitted that he had been collecting child pornography for three to four years and that there were pictures of children ranging in ages from four to thirteen years old in his collection. Townley stated his preference is for pictures of female children nine to thirteen years of age engaged in "straight" sex with adults. Townley admitted that he would use a credit card to get access to child pornography websites for the purpose of viewing and downloading images. Townley said he would periodically delete his collection using software to restore his computer to factory settings but then would "start up again." The last time he deleted his collection was approximately December 2009. Townley admitted to masturbating to the images daily. Townley admitted that he knew that it was wrong to look at the pictures and wanted to seek therapy but feared that he would be reported.

6.   Two video files discovered on the Sony laptop computer located in Townley's residence contained children engaged in sexually explicit conduct, as is defined in Title 18, United States Code 2256 and are described as follows:

a) Video - "polina3.avi" – This video opens with one (1) prepubescent female undressing herself inside a room. The nude prepubescent female sits on the table, legs apart exposing her genitals. The camera zooms in on the prepubescent females genitalia. At 3:40 the camera zooms out to the prepubescent female as she rubs her legs and arms. At 4:34, the camera zooms in on the prepubescent female's vaginal area again. The length of the video is four (4) minutes fifty-eight (58) seconds.

b) Video - "90-2.mpg" – This is a video opens with a prepubescent female in a room, and in the background is a bed. The prepubescent female removes her shirt and short and replaces them with a different shirt and tighter spandex-looking shorts. At 1:05 minutes, the prepubescent stands on the bed. The camera changes angles as the prepubescent female sits on the bed. At 1:43 minutes, the prepubescent female opens her legs and the camera zooms in to a blurry picture of her genital area. At 2:57, an adult forefinger is seen from the top of the camera and touches the prepubescent female's genital area, which continues on with different fingers and exposure of the prepubescent female's undergarment. Additional scenes take place with the prepubescent female in different positions with the adult hand exposing and rubbing the prepubescent female's genitals, chest and nipples. At 14:52, the adult's finger enters the prepubescent's vagina. At 17:36, the camera switches to an adult male, with an exposed fully-erect penis, and the prepubescent female uses her tongue and mouth on the adult male's penis. At 22:15, the adult male's penis touches the

prepubescent female's genitals and the adult male attempt to enter the prepubescent female's vagina. At 28:20, the prepubescent female is seen in a bathroom and sits on a toilet. The camera angles in on her genital area as she wipes herself. The video is twenty-nine (29) minutes and fifty-four (54) seconds.

7. One image file discovered on the Sony laptop computer Model PCG-8C3L located in Townley's residence contained children engaged in sexually explicit conduct, as is defined in Title 18, United States Code 2256 and is described as follows:

a) Image - "ll-n3f07.jpg" – This is an image file which is in three parts. On the left hand side of the picture, there are 3 paragraphs, and the right side has two pictures, which depict a nude prepubescent female and a nude adult female, who is sitting opposite and beside the prepubescent female. The top picture depicts the nude prepubescent female sitting on her calves with her legs apart exposing her chest and genitals, and the adult female has her left breast exposed. The prepubescent female is leaning against a bed with her hands behind her head and the nude adult female has her right hand on the nude prepubescent female's left side of her chest. The nude adult female is holding a long cylindrical object with one end touching the prepubescent female's genitals. The bottom picture depicts the same nude prepubescent female lying on her back on a bed with her legs apart and her feet pulled up with the bottoms

together. The prepubescent female's right hand is behind her head and the adult female has her left hand on the prepubescent's stomach. The adult female has the object in her right hand by the prepubescent female's genitals. "LL-N3F07.jpg" is located at the bottom right hand side of the image.

The first paragraph is in English:

> "It's very obvious from Annette's facial expression that she loves this kind of fun. Here we can see what Liza and her sister like doing best – and it's not a modeling session as anyone can imagine! Fortunately their mother is divorced, so they have a lot of time to themselves while she works late! Annette is partial to a buzzing vibrator. She thinks that this is much more fun than her Christmas present! It's a pity you can't hear her squeals of delight – we are sure that they'd turn you on!"

The other two paragraphs are in different languages.

8. One image file discovered on a 512 MB Attaché flash drive located in Townley's residence contained a child engaged in sexually explicit conduct, as is defined in Title 18, United States Code 2256 and is described as follows:

a) Image – "099.BMP" - This is an image file depicting a prepubescent female, wearing only socks, sitting on a dark cloth with her feet pulled up and the bottoms together. The prepubescent female is leaning back on her hands

with her left shoulder forward. The prepubescent female's genitals, chest and nipples are exposed.

For these reasons, your affiant submits that probable cause exists to believe that Tyler A. Townley committed the crimes of Receiving Child Pornography and Possessing of Child Pornography, in violation of 18 U.S.C. Sections 2252A(a)(2), 2252A(a)(5)(B) and 2256.

Dated this 7th day of May, 2010.

_Rhonda R. Williams_
Rhonda R. Williams
Special Agent, U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed to in my presence, this 7 day of MAY, 2010.

I find probable cause to believe that Tyler A. Townley committed the offense of Possession of Child Pornography as alleged in the complaint.

_Michelle Burns_
Hon. Michelle H. Burns
United States Magistrate Judge

8